AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**HASKELL EDWARD PARKER**
DOB:   XXXXX
PDID:   XXXXX

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **December  21, 2007**   in   **WASHINGTON**   county, in the District of **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**by intimidation, did take from the person or presence of another money, that is, approximately $600.00 belonging to, and in the care, custody, control, management and possession of Sun Trust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.**

in violation of Title   **18**   United States Code, Section(s)   **2113(a)**   .

I further state that I am   **Special Agent  John S. Hummell, Jr.**   , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:      ☒ Yes   ☐ No

---
Signature of Complainant
**SPECIAL AGENT JOHN S. HUMMELL, JR.**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____   at      **Washington, D.C.**
Date                                                                        City and State

_____          _____
Name & Title of Judicial Officer                                   Signature of Judicial Officer

STATEMENT OF FACTS

On December 21, 2007 at approximately 11:00 a.m. at the Sun Trust Bank located at 1369 Connecticut Avenue, N.W. within the District of Columbia, an individual later identified as HASKELL EDWARD PARKER, dob: XXXXXX  entered the bank and went to a teller's window, He handed the teller a five dollar bill and requested one dollar bills in change. He then placed a note under the window. The note demanded that the teller give the individual "all your hundreds.".  The teller handed the note back and the individual said that he wanted "your large bills."  At that time the teller gave the individual approximately four one hundred dollar bills and asked whether the individual wanted fifty dollar bills. The individual said the teller should give him any denomination bill.  The teller then gave the individual a packet of fifty dollar bills. The individual took the money and the demand note and put them in a black bag and exited the bank. The individual was photographed in the bank by surveillance cameras.

The teller described the robber as a light to medium complected black male wearing a Navy blue pea coat, , approximately late 30's to 40 years old, wearing glasses, short black and grey hair,  approximately 5'9" to 5'11'" with a moustache, medium build, carrying a black computer type bag.

Federal Bureau of Investigation (FBI) agents were notified and responded to the bank. They received information that the robber was in the area of Hechinger Mall in North East Washington, D. C. and agents went to that area. At approximately 12:30 p.m., the defendant was observed in the passenger seat of vehicle traveling east bound in a parking lot in the 1600 block of Benning Road, N.E.  His appearance matched that of the person depicted in the bank surveillance photographs.  Money identified as stolen from the bank and the demand note was recovered from his person.

The defendant subsequently was brought to the Sun Trust Bank where the teller positively identified him as the individual who robbed the bank earlier that day.  Your affiant knows that the Sun Trust Bank deposits are insured by the Federal Deposit Insurance Corporation.

                                                JOHN S. HUMMELL, JR.
                                                Special Agent, Federal Bureau Investigation

Sworn and subscribed to me
this _____ day of December 2007

                                                JOHN M. FACCIOLA
                                                United States Magistrate Judge